160 A.3d 797

**Brandon HETRICK, Executor of the Estate of: William Washington, Deceased, Respondent**

v.

**MANORCARE OF CARLISLE PA, LLC d/b/a Manorcare Health Services, Carlisle, and HCR Manorcare, Inc., and Manorcare, Inc., and HCR Healthcare, LLC, and HCR II Healthcare, LLC, and HCR III Healthcare, LLC, and HCR IV Healthcare, LLC, Petitioners**

**No. 506 MAL 2015**

Supreme Court of Pennsylvania.

DECIDED: November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and this matter is **REMAND-**

ED to the Superior Court for further proceedings in light of Taylor v. Extendicare Health Facilities, Inc., et. al., 637 Pa. 163, 147 A.3d 490 (2016).